# United States Court of Appeals
## For the First Circuit

No. 09-1302

ROBERT GRANFIELD,

Plaintiff, Appellee,

v.

CSX TRANSPORTATION, INC.,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on March 12, 2010, is amended as follows:

On page 5, last line: delete the word "at".

On page 12, line 14: insert an additional closing parenthesis after "citation omitted)".

On page 16, line 19: delete the "e" to read "epicondylitis".

On page 21, line 20: insert the word "at" to read "509 U.S. at 593-95.".